## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Brandy M. Noll                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-22053 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Colonial Savings, F.A. and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
04 Nov 2025, 15:13:19, EST

Denise Carlon, Esq. (317226)    ☑
Matthew Fissel, Esq. (314567)    ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com